## 42178. SMITH v. THE STATE.
### (333 SE2d 371)

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Hill, C. J., Clarke and Bell, JJ., who dissent.*

HILL, Chief Justice, dissenting.

I would adopt Judge Beasley's dissent. See *Smith v. State*, 173 Ga. App. 889, 890 (328 SE2d 553) (1985).

DECIDED JULY 2, 1985.

*R. David Carr,* for appellant.
*E. Byron Smith, District Attorney,* for appellee.